UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORGE M. LOPEZTEGUI,

    Petitioner,
                                   Civil No. 18-CV-12453
                                   Hon. Terrence G. Berg
v.

J. A. TERRIS,

    Respondent.
_____/

ORDER GRANTING PETITIONER'S APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES (ECF NO. 10)

The Court dismissed Petitioner Jorge M. Lopeztegui's petition for a writ of habeas corpus, filed under 28 U.S.C. § 2241, on November 30, 2018. ECF No. 4. Petitioner has filed a notice of appeal, ECF No. 7, and application for leave to proceed without prepayment of fees, ECF No. 10.

A party to a district-court action who desires to appeal *in forma pauperis* must file a motion in the district court. *See* Fed. R. App. P. 24(a)(1). An appeal may not be taken *in forma pauperis* if the court determines that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). "[T]o determine that an appeal is in good faith, a court need only find that a reasonable person could suppose that the appeal has some merit."

*Walker v. O'Brien*, 216 F.3d 626, 631 (7th Cir. 2000). The Court finds that an appeal may be taken in good faith.

Accordingly, the Court **GRANTS** Petitioner's Application to Proceed Without Prepayment of Fees (ECF No. 10).

**SO ORDERED**.

DATED July 16, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge